MOLLY M. LENS (S.B. #283867)
mlens@omm.com
CASSANDRA SETO (S.B. #246608)
cseto@omm.com
NICOLE BILLINGTON (S.B. #336584)
nbillington@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:  +1 310 246 6779

Attorneys for Defendants
NETFLIX, INC.
CHERNIN ENTERTAINMENT, LLC
WISE ENTERTAINMENT, INC.
LAKE ELLYN ENTERTAINMENT, INC.
SPRINGHILL ENTERTAINMENT LLC
LEBRON JAMES
STERLIN HARJO
SYDNEY FREELAND

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROB GRABOW, an individual; PARADISE VALLEY PICTURES LLC, a Montana limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC., a Delaware corporation, LEBRON JAMES, an individual; SPRINGHILL ENTERTAINMENT LLC, a Delaware limited liability company; CHERNIN ENTERTAINMENT, LLC, a Delaware limited liability company; WISE ENTERTAINMENT, INC., a California corporation; LAKE ELLYN ENTERTAINMENT, INC., a California corporation; STERLIN HARJO, an individual; SYDNEY FREELAND, an individual; BRIT HENSEL, an individual; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:24-cv-09822-FLA-PDx<br><br>**DECLARATION OF MOLLY LENS IN SUPPORT OF NETFLIX DEFENDANTS' MOTION FOR LEAVE TO FILE EARLY SUMMARY JUDGMENT MOTION AND TO BIFURCATE DISCOVERY ON PRIOR INDEPENDENT CREATION DEFENSE** |

I, Molly M. Lens, declare and state:

1. I am a member in good standing of the State Bar of California and am a partner at O'Melveny & Myers LLP. I am a counsel for Defendants Netflix, Inc.; Chernin Entertainment, LLC; Wise Entertainment, Inc.; Lake Ellyn Entertainment, Inc.; SpringHill Entertainment LLC; LeBron James; Sterlin Harjo; and Sydney Freeland (collectively, the "Netflix Defendants"). I make this declaration in support of the Netflix Defendants' Motion for Leave to File an Early Summary Judgment Motion and to Bifurcate Discovery on their Prior Independent Creation Defense. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2. Since Plaintiffs filed the Complaint on November 14, 2024, counsel for Plaintiffs and the Netflix Defendants have engaged in multiple discussions related to the claims and pathways to efficiently resolve the dispute.

3. As part of those early discussions, the Netflix Defendants informed Plaintiffs of the existence of the *Rez Ball* production script dated April 28, 2023 and asked that Plaintiffs dismiss the complaint. The Netflix Defendants also requested that Plaintiffs amend the Complaint to attach the allegedly infringed work, a script titled *The Gift of the Game* written by Plaintiff Rob Grabow. Plaintiffs declined both requests.

4. On November 22, 2024, the Netflix Defendants provided Plaintiffs with a copy of the *Rez Ball* production script dated April 28, 2023. A true and correct copy of the parties' email exchange from November 22, 2024, omitting attachments, is attached hereto as **Exhibit A**.

5. On December 20, 2024, the Netflix Defendants agreed to provide evidence corroborating the date of the *Rez Ball* production script in the form of a native email transmitting the production script on April 28, 2023 and electronic metadata. On December 26, 2024, Plaintiffs' counsel agreed to provide the Netflix Defendants with a copy of *The Gift of the Game* script that Plaintiffs allege the

Netflix Defendants had access to, but, then, on December 30, 2024 advised that they had decided not to provide the script until "the discovery phase." Nonetheless, on January 6, 2025, the Netflix Defendants provided the transmission email authenticating the April 28, 2023 *Rez Ball* production script. A true and correct copy of the parties' correspondence from December 20, 2024 to January 6, 2025, omitting attachments, is attached hereto as **Exhibit B**.

6. On January 16, 2025, the Netflix Defendants asked Plaintiffs to meet and confer on this anticipated motion. The same day, Plaintiffs responded that they were opposed to such a motion, but nonetheless provided availability to meet and confer further. A true and correct copy of the parties' email exchange between January 16, 2025 and January 21, 2025 is attached hereto as **Exhibit C**.

7. On January 24, 2025, the parties conducted the Local Rule 7-3 conference on this anticipated motion but were unable to reach agreement.

Dated: March 7, 2025    O'MELVENY & MYERS LLP

By:   /s/ Molly M. Lens
         Molly M. Lens
Attorneys for Defendants
NETFLIX, INC.
CHERNIN ENTERTAINMENT, LLC
WISE ENTERTAINMENT, INC.
LAKE ELLYN ENTERTAINMENT, INC.
SPRINGHILL ENTERTAINMENT LLC
LEBRON JAMES
STERLIN HARJO
SYDNEY FREELAND