# EXHIBIT 1

# EXHIBIT 1

# DAVID R. GINSBURG

## *CURRICULUM VITAE*

**DAVID R. GINSBURG** is the founding Executive Director of the UCLA School of Law Program (since 2016 endowed, renamed and expanded as the Ziffren Center for Media, Entertainment, Technology and Sports Law), where he taught as a Lecturer-in-Law from 2005 to 2015. His courses included Law 305 (a survey course in entertainment law) and Law 547 (a seminar on entertainment law research and writing). He also taught Law 520D, a 2010 summer-session entertainment law course, at the University of Hawai'i Richardson School of Law. A former Adjunct Professor at the law school teaching the entertainment law survey course in the early 1980s, Mr. Ginsburg also continues to guest-teach at the UCLA School of Law and regularly taught the motion picture and television law segments of Film and Television 294B (Entertainment Law, Business Practices, and Negotiation Strategies) at the UCLA School of Theater, Film and Television. Since 2003, he has rendered expert witness opinions and testimony in many federal and state litigation matters.

In the motion picture industry, Mr. Ginsburg was an independent producer and executive, including as President of Artisan Pictures and Executive Vice-President of Artisan Entertainment, a leading independent producer and distributor of theatrical and home entertainment product prior to its December 2003 acquisition by Lionsgate Films. Mr. Ginsburg also served from late 1997 to early 2000 as the President of the Alliance Atlantis Motion Picture Group. He was a founding partner of Transatlantic Media Associates Kft., a full-service film production facility in Budapest, Hungary, which from 1989 to 2001 provided crews, locations and other services to many international feature films and television projects.

In television, Mr. Ginsburg served from 1986 to 1998 as the President and Chief Executive Officer of Citadel Entertainment, a company which he co-founded and where he produced over 50 films. His television production credits include several Emmy-winners, and many of those productions have been nominated for and won numerous other awards (including the Golden Globe for *Rasputin* in 1997 and the Humanitas Prize for *Between Mother and Daughter* in 1995). He has been nominated personally three times for the Emmy and five times for the Golden Globe. For a more complete online IMDb production resume, see http://us.imdb.com.

Prior to becoming a producer and senior production executive in 1986, Mr. Ginsburg practiced law for ten years and was a founding partner of the Entertainment Department at the international law firm of Sidley & Austin (now Sidley Austin LLP). He has also served as an appointed Judge Pro-Tem of the Beverly Hills Municipal Court.

With respect to his cumulative experience as an attorney representing private clients, as a producer, and as a senior managerial executive, it was typically and necessarily part of Mr. Ginsburg's professional responsibilities to understand all facets of the legal, business and financial aspects of filmed entertainment, including the motion picture and television industries, and between studio and independent production. Mr. Ginsburg's expertise includes issues relevant to acquisitions, financing sources and structures, personal service contracts, representation (by agents, managers and lawyers), theories of protection, completion risks and guarantees, distribution, revenues and contingent proceeds, litigation, reality television, and idea disclosure. As part of Mr. Ginsburg's experience as an attorney, producer and executive, he was regularly called upon to negotiate, review and/or draft and analyze contractual agreements relating to the development, production, financing and distribution of television and film projects.

Mr. Ginsburg is a member of The Academy of Motion Picture Arts and Sciences, and has served on its International Film Nominating Committee since 2001 (including nine years on the Foreign Language Film Executive Committee). He is a past Deputy Chair and a past Board Member of the British Academy of Film and Television Arts, a Member Emeritus and past Co-Chair of the UCLA Entertainment Law Symposium Committee, and a past Board Member of the Santa Barbara International Film Festival. He was a co-curator of the World Cinema Series of the San Diego Museum of Contemporary Art and the Museum of Photographic Art. He is a 1976 graduate of UCLA School of Law, where he was the Editor-in-Chief of the *UCLA Law Review*. His Comment on the right of publicity won the 1975 National Nathan Burkan Memorial Copyright Competition. After law school, Mr. Ginsburg clerked for the Hon. Herbert Y.C. Choy of the Ninth Circuit Federal Court of Appeals in Honolulu. As part of his undergraduate studies at UCLA (from which he was graduated *summa cum laude* and Phi Beta Kappa in 1972), he was an exchange student of Russian language, literature and linguistics for a semester in residence at Leningrad State University. He was also a postgraduate Danforth Foundation Fellow in general linguistics at the Massachusetts Institute of Technology.

**Admitted to Practice:**

California (1976)
Hawaii (1977)
District of Hawaii (1977)
Central District of California (1977)
Ninth Circuit Court of Appeals (1977)
U.S. Supreme Court (1981)

**Member:**

Academy of Motion Picture Arts and Sciences (1999 to present)
Foreign Language Film Award Nominating Committee (2001 to present)
Foreign Language Film Award Executive Committee (2005 to 2014)
Foreign Language Film Award Phase II Committee (2017)

Academy of Television Arts and Sciences (1989 to present)
Hour Drama, Documentary and Movie-for-Television Nominating Judge
    (2001-08, 2010-2013)
British Academy of Film and Television Arts (1995 to present)
Los Angeles Copyright Society (1980 to present)
FILM Independent (1999 to present)
Producers Guild of America (2005 to present)