UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROB GRABOW, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>NETFLIX, INC., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-09822-FLA (PDx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [DKT. 55]** |

1

1  On June 6, 2025, Plaintiffs Rob Grabow and Paradise Valley Pictures LLC ("Plaintiffs") filed a Notice of Dismissal, dismissing the action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 55.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. Defendants' Motion for Leave to File Early Summary Judgment Motion and to Bifurcate Discovery on Prior Independent Creation Defense, Dkt. 44, is DENIED as moot.
3. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: June 11, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2